**EXHIBIT 2:** INFRINGEMENT
URL: https://www.snapchat.com/p/5aa3de14-8503-4580-b33e-576b867dc425/2193833269010432?chapterid=337857641338882&invite_id=4GmIA0yN&locale=es_US&share_id=3lN51nupR7iI4dmrPuIDdg&timestamp=30036&sid=7123d691d5a44d1a9121126a30be73b4

